AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF    NEVADA

CORY COOPER,

      Plaintiff,

V.

STOREY COUNTY and
JAMES MILLER,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:11-CV-0220-LRH-WGC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' motion for summary judgment (Doc. #19) is GRANTED.


  June 8, 2012                                                                                  **LANCE S. WILSON**
                                                                                                                        Clerk


                                                                                                                        /s/ Jennifer Cotter
                                                                                                                        Deputy Clerk