AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*              DISTRICT OF    NEVADA

CORY COOPER,

      Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:11-CV-0220-LRH-WGC**

STOREY COUNTY and
JAMES MILLER,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' motion for summary judgment (Doc. #19) is GRANTED.

|  June 8, 2012 | **LANCE S. WILSON** |
|---|---|
| | Clerk |
| | |
| | /s/ Jennifer Cotter |
| | Deputy Clerk |